IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
|     Plaintiff | ) |
| | ) |
| vs | ) Criminal No. 00-155 |
| | ) |
| Samuel Ryan Grimes | ) |
|     Defendant | ) |

## ORDER OF COURT

AND NOW, to wit, this 8th day of June, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following pleadings, impounded in the Office of the Clerk of Court be unsealed and returned to the file:

    Documents: 22, 24

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
U.S. District Judge